BEFORE THE FIRST DIVISION, NOVEMBER 16, 1964

No. 68884.—Ungar Electric Tools, Inc., et al. *v.* United States, protests 60/10502(B), etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 68885.—Lansen-Naeve Corp. and Aristo-Craft Distinctive Miniatures *v.* United States, protest 62/14921(A) (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 68886.—Aristo-Craft Distinctive Miniatures *v.* United States, protests 62/18358 and 62/18375 (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 68887.—Polk's Model Craft Hobbies, Inc. *v.* United States, protests 63/1104 and 63/9659 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 68888.—Aristo-Craft Distinctive Miniatures *v.* United States, protest 63/19639 (Los Angeles).